Circulated 04/27/2023 11:52 AM

J-S05012-23

COMMONWEALTH OF PENNSYLVANIA  :  IN THE SUPERIOR COURT OF
                                     :            PENNSYLVANIA
                                     :
           v.                    :
                                     :
                                   :
JOEL MERCED-CASTELLANO      :
                                   :
         Appellant        :  No. 453 WDA 2022

Appeal from the PCRA Order Entered March 16, 2022
In the Court of Common Pleas of Allegheny County Criminal Division at
No(s):  CP-02-CR-0008639-2015

**O R D E R**

AND NOW, this _____ day of April, 2023, the memorandum filed on

April 27, 2023 in the above-captioned matter is hereby withdrawn.

PER CURIAM